**Order entered August 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01330-CV

### IN THE INTEREST OF J.A.H AND J.A.H, CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 05-13133-R**

## ORDER

We **GRANT** appellant's August 25, 2015 second motion for an extension of time to file a brief. Appellant shall file a brief by **OCTOBER 2, 2015**. We caution appellant that no further extension will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
    JUSTICE